United States District Court
Middle District of Florida
Jacksonville Division

Patricia A. Scott,
    Plaintiff,                    Case No: 3:08-cv-147-J-16TEM

V

The Jacksonville Sheriff Department,
    Defendant

## Amended Complaint

I had been a resident at 1320 Broad Street Apartment #1616 since June 21, 2004. I was verbally abused in my very first week while live in my unit. During the next six months the petty vandalism began in my apartment. Each time I would file a grievance on my landlord I notice more of my property was destroyed. -

In January, 2005, through December, 2005 the vandalism in my apartment did increased. I was seeking a peaceful resolution for this situation. I posted a sign on my front door. I made a request for my landlord would not enter into my unit unless he/she had a work order or if their was an emergance in my building.

The landlord moved enter into my apartment without my knowledge nor did he/she have a work order. In January, 2006, through December, 2006, the vandalism in my unit become overwhelming for me, I began to seek help from different agencies.

On January 16, 2007 the vandalism in my apartment had become overbearing for me. I made call for some help from the Jacksonville Sheriffs Office. I was so disappointed. The sheriffs department stated that police service was rendered mentally ill person. This is so untrue.

The sheriffs department described me as a mentally ill person in #1616. This is completely false. The sheriffs department did not restore peace, nor did they collect any evidences from the crime scenes. On January 25, 2007 the vandalism in my apartment did increased. I made another call for a request for some help from the sheriffs department.

Once more the sheriffs department did not collect any evidences from the crime scenes. On February 2, 2007 the vandalism in my unit had become overmuch for me. I made a call a request for some help from the sheriffs depart- ment. The sheriffs department did not collect any evidences from the crime scenes.

The vandalism in my apartment become overwhelming for me. On April 6, 2007 I made another distress call for some help from the sheriff department. Once more the officers had failed to correct the situation. I receive an incident report I was shocked. I saw my name and my address but I could not believe what I was reading.

The sheriffs department stated that I had a history of mental illness and I had previously Baker Acted. This is completely false. The sheriffs department had wrongly accused me of a crime in which I did not commit. The sheriffs office has also wrongly accused a innocence person of having a history of mental illness. This is so untrue.

There are not any records of this kind in my medical history. I had not (in the past) been diagnosis as having a history of mental illness. Nor am I responsible for damaging, destroying, or vandaling my personal property. The vandalism in my apartment had become very vicious, extremely violent, and overbearing for me.

On April 3, 2008 I made another request for some help from the Jacksonville Sheriffs Office. The damages in my apartment is so unshowl that anyone can see it. I showed the police officer several tee shirts and other clothes that had holds, stains, and cut marks on them.

Once more the sheriffs department had failed to correct the situation. Their was not an evidence technicians called at the crime scene, nor was no canvass done at any of the crime scenes. Law enforcement officers has failed to look the crime over, carefully go through each item, and to gather the proper evidences that was needed for an arrest.

The police offices did not show much interest in finding the individuals that are responsible for vandaling my personal property. Law enforcement did not do enough to protect me, or my belongings. They did not show any interest in collecting evidences or finding the people that had committed these crimes.

Their was not any evidences collected from the clothe hangers, my mattress, my couch, or any other items that was at the crime scene. I did not receive the full service that are provided to all victims that had been a victim of the Florida Statute No. S 806 13 (1) (B) (3).

The Jacksonville Sheriffs office is in a Conspiracy to damage my character, wrongly Accussed me of having a history of mental illness. I want my name cleared of these slanderous statements. The court has my records. Anytimes my civil Rights has been violated I called lawenforcement and I made a Police report.

The Jacksonville Sheriff Office has shattered my Character into very small peices. I am a law abiding citizen. I am innence of any wrong doings and I am not a mental ill person. I want my name to be restored, I was excluded from services that are provied to all citizens that had been a victim under Florida Statute NO. S80613 (1) (B) (3).

I am a grateful member of alcoholics anonymous. I had been rehabilitated. I have a physical impairment. I use a wheel Chair. In the past I use a walking cane. My civil Rights has been violated. I have a right not to be excluded from any services basis on my physical handicap or on my past history with alcohol.

I have a right for my name not to be belittle by police officers. I have a right not to be wrongly accussed of a crime that I did not commit. I have a right to report a crime that had happened to me. I have a right for a techician to be called on the crime scene. I have a right to a thorough investigation of a crime that I report.

I have a right to be treated the same as other citizens who has been a victims of a crime. I had been excluded from services. My civil rights had been violated. I am making a request that an appellate authority to intervene in this matter. Under ADA a person who has successfully completed a supervised alcohol rehabilitation program and is no longer engaging in the illegal use of alcohol or has otherwise been rehabilitated successfully and is no longer engaging in such use.

The individuals is disabled under the ADA. I have certificates showing proof that I had followed all of the requirements that was requested for me to do. I had successfully completed a supervised alcohol rehabilitation program. I have a right not to be excluded from any services that are provided by law enforcement.

Under the federal law a individual is disabled if he/she has a physical impairment that substantially limits one or more major life activities; has a record of such an impairment; or is regarded as having such an impairment. My squatting, bending, and my lifting has been limited.

I am a qualified individual with a physical handicap. Under ADA it is discriminatory for a handicap person to be excluded, denied services, or to be treated differently basis on her disabilities. I was excluded from service. I did not receive the full benfits from a program that are provided to all individuals who has been a victim of a crime.

The relief that I am seeking is under the Americans with Disabilities Act of 1990.

Dated for June 2, 2008

Patricia A. Scott

Patricia A. Scott  PROSE
1320 Broad Street Apartment #166
Jacksonville, Florida 32202
904-982-0603