**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**PATRICIA A. SCOTT,**

    Plaintiff,

**v.**                          **CASE NO. 3:08-cv-147-J-16TEM**

**THE JACKSONVILLE SHERIFF'S OFFICE,**

    Defendant**.**

_____/

**ORDER**

This cause is before the Court on the Report and Recommendation of the Magistrate Judge filed August 12, 2008 (Doc. #16).  Plaintiff filed a pleading on August 20, 2008 entitled "Motion for an Objection for Report and Recommendation" (Doc. #17) which the Court construes as Plaintiff's objections to the Report and Recommendation.

Plaintiff filed her original complaint on February 12, 2008.  By Order of the Court, the Plaintiff was directed to file an Amended Complaint to conform with all applicable rules and statutes so that it states a claim on which relief may be granted.  Plaintiff timely filed an Amended Complaint (Doc # 14 ) on May 15, 2008.  Plaintiff filed a Second Amended Complaint (Doc # 15) on June 4, 2008 without leave of court.   The Report and Recommendation found that neither of these complaints corrected the deficiencies of the original complaint and recommended dismissal of the case.

Plaintiff in her objections to the Report and Recommendation again failed to corrected any the deficiencies of the original complaint.  Therefore, having been given several opportunities and after conducting an *independent* review of the entire record herein, the

Court hereby adopts, confirms, and ratifies the Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that the Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc #8) is **DENIED** and this case is **DISMISSED** without prejudice..

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 25th day of August, 2008.

                                                  JOHN H. MOORE II
                                                  United States District Judge

Copies to:    All counsel of record
                *Pro Se* Party